IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ERIC BERINGER,<br><br>        Defendants. | 4:18CR3088<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion to modify, (Filing No. 289), is granted.

2) Defendant is allowed to travel to Reno, Nevada and Winnemucca, Nevada from the dates of December 21, 2018 to December 30, 2018.

3) On or before December 14, 2018, Defendant shall provide a copy of this travel itinerary to pretrial services, including his flight information and contact information for places he will be staying during the trip.

November 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge