IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3088 |
| vs. | |
| ERIC BERINGER, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of conditions of pretrial release, (Filing No. 350), is granted.

2) Defendant is permitted to travel to Park Rapids, Minnesota from January 29, 2019 to January 30, 2019.

3) Defendant shall provide a copy of his itinerary (time and means of transportation, where he will stay, when he will leave and return, etc.) to his supervising officer one week prior to the trip.
.

January 15, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge