IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC BERINGER,<br><br>Defendants. | 4:18CR3088<br><br>ORDER |

Defendant Beringer filed a motion to sever. (Filing No. 382). On March 1, 2019, the government filed a notice stating Defendant Beringer no longer wishes to litigate his Motion to Sever. (Filing No. 443). Beringer has not responded to this statement. The court therefore assumes the government's understanding is correct.

Accordingly,

IT IS ORDERED that Defendant Beringer's motion to sever, (Filing No. 382), is denied.

Dated this 14th day of March, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge