IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:18CR3088** |
| vs. | |
| ERIC BERINGER, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 526), is granted.

2) Defendant is permitted to travel to Winnemucca, Nevada from the dates of May 24, 2019 to June 3, 2019.

3) On or before May 17, 2019, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 9th day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge