IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:18CR3088** |
| vs. | |
| ERIC BERINGER, | **ORDER** |
| Defendants. | |

Defendant has moved to modify the conditions of his pretrial release to allow him to move back to his hometown of Winnemucca, Nevada by no later than November 1, 2019. (Filing No. 590). This modification requires the consent of Nevada's Probation and Pretrial Services Office to provide courtesy pretrial supervision. The Nevada District will likely agree to provide courtesy supervision, but it is reluctant to make that commitment so far in advance of the anticipated moving date.

Accordingly,

IT IS ORDERED that Defendant's motion for a modification of release conditions, (Filing No. 590), is denied without prejudice to re-filing in October of 2019.

Dated this 21st day of August, 2019.

BY THE COURT:


*s/ Cheryl R. Zwart*
United States Magistrate Judge