IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3088 |
| vs. | |
| ERIC BERINGER, | ORDER |
| Defendant. | |

Defendant has moved to modify the conditions of his pretrial release to allow him to move back to his hometown of Winnemucca, Nevada by no later than November 1, 2019. (Filing No. 650). This modification requires the consent of Nevada's Probation and Pretrial Services Office to provide courtesy pretrial supervision. The Nevada District has agreed to provide courtesy supervision. The government and pretrial services do not oppose the motion.

Accordingly,

IT IS ORDERED:

1) Defendant's motion for a modification of release conditions, (Filing No. 650), is granted.

2) Defendant is permitted to move back to his hometown of Winnemucca, Nevada no later than November 1, 2019, to begin a new role as Process Operations Manager at Winnemucca Farms, Inc., One Potato Place, a company located in Winnemucca, Nevada.

October 7, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge