IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:18CR3088** |
| vs. | |
| ERIC BERINGER, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1.  The defendant's Unopposed Motion to Continue Sentencing (filing 757) is granted.

2.  Defendant Eric Beringer's sentencing is continued to April 3, 2020, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 2nd day of December, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge