IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:18CR3088** |
| vs. | |
| ERIC BERINGER, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 820), is granted.

2) Defendant is permitted to travel to Redondo Beach, California from February 12, 2020 through February 14, 2020.

3) On or before February 3, 2020, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 27th day of December, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge