IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3088 |
| vs. | |
| ERIC BERINGER, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 879), is granted.

2) Defendant is permitted to travel to Amarillo, Texas from March 23, 2020 through March 25, 2020.

3) On or before March 20, 2019, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

March 15, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge